IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT B. CIARPAGLINI,

                                                                        ORDER

                 Plaintiff,

                                                                       07-C-604-C

      v.

DONALD DUCK STRAHOTA, DANIEL
BRAEMER, C. BOVEE, C.O. KEYS,
MIKE THURMER, BETH LIND
and JOE HALL,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated December 26, 2007, I gave plaintiff Robert Ciarpaglini until January 15, 2008, in which to pay the $350 fee for filing his action after concluding that his allegations did not satisfy the imminent danger exception to 28 U.S.C. § 1915(g). I told plaintiff that if, by January 15, 2008, he failed to pay the fee, this action would be dismissed. In addition, I told him that even if he failed to pay the fee within the time allowed, he would still owe it under the Prison Litigation Reform Act and that the warden of his institution would be notified of this obligation. Plaintiff has not paid the fee.

      Accordingly, IT IS ORDERED that this case is DISMISSED.

1

Further, IT IS ORDERED that the clerk of court insure that plaintiff's obligation is reflected in the court's financial records and notify the warden of the Waupun Correctional Institution of plaintiff's responsibility to pay the fee so that it may be collected in accordance with the provisions of the Prison Litigation Reform Act.

Entered this 28th day of January, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge