# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ROBERT B. CIARPAGLINI,

    Plaintiff,

v.

DONALD DUCK STRAHOTA, DANIEL BRAEMER, C. BOVEE, C.O. KEYS, MIKE THURMER, BETH LIND and JOE HALL,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-C-604-C

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel      1/28/08
_____      _____
by Deputy Clerk      Date